

FILED
16 JUN 14 PM 2:45
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) | 1 : 16 CR 194 |
| v. | ) ) | CASE NO. JUDGE NUGENT |
| CLINTON GAYNOR, MICHAEL BAKER, and ASIA LOVELESS, | ) ) ) ) | Title 18, Sections 1344 and 2, United States Code |
| Defendants. | ) ) | |

## GENERAL ALLEGATIONS

1. That at all times material to this Indictment, Huntington National Bank, U.S. Bank, First Merit Bank and Citizen's Bank were each financial institutions as defined in Title 18, United States Code, Section 20, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

2. Between on or about February 17, 2015, and on or about August 12, 2015, defendants CLINTON GAYNOR, MICHAEL BAKER, ASIA LOVELESS and others acting under their direction, knowingly devised and executed a scheme and artifice to defraud said financial institutions by depositing, and causing to be deposited, fraudulently altered U.S. Postal Money Orders into existing and newly opened bank accounts by individuals GAYNOR, BAKER, LOVELESS, and others recruited in the Northern District of Ohio.

3. It was part of the scheme and artifice that GAYNOR, BAKER and LOVELESS purchased, or caused the purchase of, U.S. Postal Money Orders with face values of $1.00 and $2.00 each, at various U.S. Post Office locations in the Northern District of Ohio and elsewhere. GAYNOR, BAKER and LOVELESS fraudulently altered and caused the U.S. Postal Money Orders to be altered, to reflect face values of $1,000 each.

4. It was further part of the scheme and artifice that by means of ATM transactions, GAYNOR, BAKER and LOVELESS deposited and caused others to deposit the fraudulently altered U.S. Postal Money Orders into the existing or newly opened bank accounts maintained by the recruited individuals.

5. It was further part of the scheme and artifice that after the fraudulently altered U.S. Postal Money Orders were deposited into accounts at Huntington National Bank, U.S. Bank, Citizen's Bank and First Merit Bank, GAYNOR, BAKER and LOVELESS withdrew funds, and caused others to withdraw funds, from the financial institutions via ATM transactions, and in-bank counter withdrawals, and merchant transactions/purchases with funds constituting the proceeds of the fraudulently altered U.S.Postal Money Orders.

6. It was further part of the scheme and artifice that GAYNOR, BAKER and LOVELESS gave a portion of the fraud proceeds to the individuals recruited in connection with this scheme, keeping the remaining funds withdrawn from the accounts for themselves.

7. It was further part of the scheme and artifice that between on or about February 17, 2015, and on or about August 12, 2015, GAYNOR, BAKER and LOVELESS deposited and caused others to deposit approximately 119 fraudulently altered U.S. Postal Money Orders into bank accounts at Huntington National Bank, U.S. Bank, Citizen's Bank and First Merit Bank, with face values totaling approximately $119,000, and subsequently withdrew

2

and caused the withdrawal of approximately $59,734 from accounts maintained at said financial institutions, said funds representing the proceeds of the fraudulent scheme.

8. As a result of the scheme and artifice executed and attempted to be executed by GAYNOR, BAKER and LOVELESS, Huntington National Bank, U.S. Bank, Citizen's Bank and First Merit Bank suffered actual losses totaling approximately $59,734.

COUNT 1

The Grand Jury charges:

9. The allegations contained in paragraphs 1 through 8, above, are hereby incorporated as if specifically re-written herein.

10. Between in or around February 2015, and continuing until in or around August 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendants, CLINTON GAYNOR, MICHAEL BAKER and ASIA LOVELESS, knowingly executed, attempted to execute, and knowingly aided and abetted the execution and attempted execution of a scheme and artifice to defraud Huntington National Bank, a federally insured-financial institution, and to obtain money, funds, credits, assets or other property under the custody and control of the said institution by means of false and fraudulent pretenses, representations and promises.

11. In furtherance of the scheme and artifice to defraud Huntington National Bank, defendants, CLINTON GAYNOR, MICHAEL BAKER and ASIA LOVELESS, and others acting at their direction did the following:

  a. Between on or about February 17, 2015, and on or about February 20, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22150751073, 22150751084, and 22150750994,

3

into Huntington National Bank account xxxxxxx3236, maintained in the name of A.D. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about February 17, 2015 and on or about February 24, 2015, approximately $3,000 was withdrawn from said account in the form of ATM cash withdrawals, counter withdrawals, Internet banking transfers, and retail transactions.

b.     Between on or about February 19, 2015, and on or about February 23, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of two U.S. Postal Money Orders bearing numbers 22150751062 and 22535108910, into Huntington National Bank account xxxxxxx9550, maintained in the name of C.J. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about February 19, 2015, and on or about February 24, 2015, approximately $2,000 was withdrawn from said account in the form of ATM cash withdrawals.

c.     Between on or about March 18, 2015, and on or about March 19, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of nine U.S. Postal Money Orders bearing numbers 22622167124, 22622167091, 22622167113, 22622167135, 21986525507, 21986525474, 21986525452, 22622167102, and 21986525496, into Huntington National Bank account xxxxxxx1876, maintained

in the name A.P. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about March 18, 2015, and on or about March 20, 2015, approximately $5,720 was withdrawn from said account in the form of ATM cash withdrawals and counter withdrawals.

d. On or about April 7, 2015, at various locations within the Northern District of Ohio, Eastern Division, GAYNOR and BAKER, deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 21986530525, 21986530558, 21986530547, and 21986530536 into Huntington National Bank account xxxxxxx9518, maintained in the name A.W. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $2.00 face values, was fraudulently altered to reflect a face value of $1,000.

e. Between on or about April 20, 2015, and on or about April 21, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of nine U.S. Postal Money Orders bearing numbers 22125969270, 22125969257, 22125969281, 22125969246, 22125969268, 22125969314, 22125969303, 22117444255, and 22125969292, into Huntington National Bank accounts xxxxxxx0923 and xxxxxxx6079 maintained in the name A.H. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On

or about April 21, 2015, approximately $5,900 was withdrawn from said accounts in the form of ATM cash withdrawals, counter withdraws, and retail purchases.

f.  On or about April 22, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of two U.S. Postal Money Orders bearing numbers 22622193797 and 22622193808, into Huntington National Bank account xxxxxxx7446 maintained in the name of B.J. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about April 22, 2015, $120 was withdrawn from said account in the form of an ATM cash withdrawal.

g.  On or about May 11, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 22117444222, 22117444198, 22117444187, and 22117444233, into Huntington National Bank bank account xxxxxxx8292, maintained in the name of H.S. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000.

h.  On or about May 12, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22860182935, 22860182946, and 22860182957, into Huntington National Bank account xxxxxxx9145, maintained in the name of A.J. (an individual whose identity is

known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about May 13, 2015, approximately $400 was withdrawn from said account via an ATM cash withdrawal.

i. On or about May 15, 2015, at various locations within the Northern District of Ohio, Eastern Division, GAYNOR, BAKER, and LOVELESS deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 22912158003, 22912158025, 22912158014, and 22912158036, into Huntington National Bank account xxxxxxx2325, maintained in the name Q.R. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about May 18, 2015, and on or about May 20, 2015, approximately $4,000 was withdrawn from said account in the form of ATM cash withdrawals and retail transactions.

j. Between on or about May 15, 2015, and on or about June 1, 2015, at various locations within the Northern District of Ohio, Eastern Division, GAYNOR and BAKER deposited and caused the deposit of nine U.S. Postal Money Orders bearing numbers 22818226500, 22818226511, 22818226498, 22818226522, 22323039726, 22622193786, 22128092190, 22128092201, and 22128092245 into Huntington National Bank account xxxxxxx0289, maintained in the name C.A. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 an d $2.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about

May 18, 2015, and on or about May 29, 2015, approximately $4,960 was withdrawn from said account in the form of ATM cash withdrawals and retail transactions.

k.    On or about May 21, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 22128092212, 22128092223, 22128092177, and 22128092188 into Huntington National Bank account xxxxxxx9621, maintained in the name of D.H. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000.

l.    On or about May 27, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22860182924, 22818226533, and 22818226544, into Huntington National Bank account xxxxxxx3715, maintained in the name of T.T. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about May 28, 2015, approximately $683 was withdrawn from said account in the form of ATM cash withdrawals.

m.    On or about June 4, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER, GAYNOR, and LOVELESS deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers

8

22346542945, 22346542956, and 22346542934, into Huntington National Bank account xxxxxxx8605, maintained in the name M.F. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about June 5, 2015, and on or about June 8, 2015, approximately $3,000 was withdrawn from said account in the form of ATM cash withdrawals, counter withdrawals, and retail purchases.

n. On or about June 11, 2015, at various locations within the Northern District of Ohio, Eastern Division, GAYNOR, BAKER, and LOVELESS deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 22598234515, 22598234482, 22598234493, and 22598234504 into Huntington National Bank account xxxxxxx5052, maintained in the name B.O. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about June 12, 2015, approximately $1,900 was withdrawn from said account in the form of ATM cash withdrawals and counter withdrawals.

o. On or about June 15, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER, GAYNOR, and LOVELESS deposited and caused the deposit of two U.S. Postal Money Orders bearing numbers 22346542923 and 22464233728, into Huntington National Bank account xxxxxxx6193, maintained in the name of W.T. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with

$1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about June 16, 2015, approximately $2,000 was withdrawn from said account in the form of a counter withdrawal.

p.      On or about June 23, 2015, at locations within the Northern District of Ohio, Eastern Division, GAYNOR, BAKER, and LOVELESS deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 22125987358, 22125987360, 22125987382, and 22125987393, into Huntington National Bank account xxxxxxx3503, maintained in the name J.G. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about June 24, 2015, and on or about June 26, 2015, approximately $4,000 was withdrawn from said account in the form of ATM cash withdrawals and retail purchases.

q.      On or about June 25, 2015, at locations within the Northern District of Ohio, Eastern Division, GAYNOR, BAKER, and LOVELESS deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 22584644796, 22584644728, 22584644785, and 22584644741, into Huntington National Bank account xxxxxxx6730, maintained in the name A.B. and D.B. (individuals whose identities are known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about June 26, 2015, and on or about June 29, 2015, approximately $4,000 was withdrawn from said account in the form of ATM cash withdrawals, counter withdrawals, and retail purchases.

r.      On or about July 1, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 23040607601, 23040607590, 23040607623, and 23040607634, into Huntington National Bank account xxxxxxx7741, maintained in the name of K.T. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000.

s.      On or about July 31, 2015, at locations within the Northern District of Ohio, Eastern Division, BAKER, GAYNOR and LOVELESS, deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 22925218792, 22925218803, 22925218814, and 22925218825 into Huntington National Bank account xxxxxxx5362, maintained in the name C.S. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about August 3, 2015, approximately $3,898 was withdrawn from said account in the form of ATM cash withdrawals.

t.      On or about August 3, 2015, at a location within the Northern District of Ohio, Eastern Division, BAKER, GAYNOR, and LOVELESS deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 23082902741, 23082902717, 23082902728, and 23082902730 into Huntington National Bank account xxxxxxx9375, maintained in the name S.S. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money

11

Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about August 4, 2015, approximately $500 was withdrawn from said account via a counter withdrawal.

u. Between on or about August 3, 2015, and on or about August 4, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 23040614788, 23040614777, 22794915126, and 22794915115 into Huntington National Bank account xxxxxxx0066, maintained in the name C.B. and D.L.B. (individuals whose identities are known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about August 4, 2015, approximately $1,990 from this account was used for various retail transactions at locations in the Greater Cleveland area.

v. On or about August 12, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of two U.S. Postal Money Orders bearing numbers 23040614766 and 23040614790, into Huntington National Bank account xxxxxxx8110, maintained in the name of M.S. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000.

12. As a result of this scheme and artifice, Huntington National Bank suffered actual losses of approximately $48,071.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 2

The Grand Jury further charges:

13. The allegations contained in paragraphs 1 through 8, above, are hereby incorporated as if specifically re-written herein.

14. Between in or around February 2015, and continuing until in or around August 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendants, CLINTON GAYNOR, MICHAEL BAKER and ASIA LOVELESS, knowingly executed, attempted to execute, and knowingly aided and abetted the execution and attempted execution of a scheme and artifice to defraud U.S. Bank, a federally insured-financial institution, and to obtain money, funds, credits, assets or other property under the custody and control of the said institution by means of false and fraudulent pretenses, representations and promises.

15. In furtherance of the scheme and artifice to defraud U.S. Bank, defendants, CLINTON GAYNOR, MICHAEL BAKER and ASIA LOVELESS, or others acting at their direction did the following:

    a. On or about February 23, 2015, at various locations within the Northern District of Ohio, Eastern Division, GAYNOR and BAKER deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22535108908, 22535108932, and 22535108921 into U.S. Bank account xxxxxxx6983, maintained in the name M.J. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about February 23, 2015, and on or about February 24, 2015, approximately $2,880 was withdrawn from said account in the form of ATM cash withdrawals, counter withdrawals, and retail purchases.

13

b. On or about February 25, 2015, at various locations within the Northern District of Ohio, Eastern Division, GAYNOR deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22536907828, 22536907817, and 22536907830 into U.S. Bank account xxxxxxx6986, maintained in the name D.B. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. Between on or about February 25, 2015, and on or about February 26, 2015, approximately $2,820 was withdrawn from said account in the form of ATM cash withdrawals and counter withdrawals.

c. On or about April 21, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of four U.S. Postal Money Orders bearing numbers 22860177401, 22860177412, 22860177388, and 22117444211 into U.S. Bank account xxxxxxx1411, maintained in the name C.S. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000.

d. On or about May 29, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER, GAYNOR, and LOVELESS deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22781229737, 22781229726, and 22781229715 into U.S. Bank account xxxxxxx0402, maintained in the name X.L. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On

14

or about June 1, 2015, approximately $2,963 was withdrawn from said account in the form of a counter withdrawal and retail purchases.

e. On or about June 12, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22464233695, 22464233706, and 22464233717, into U.S. Bank account xxxxxxx0100, maintained in the name of T.R. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000.

f. On or about August 7, 2015, at various locations within the Northern District of Ohio, Eastern Division, GAYNOR and BAKER deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22807641982, 22807642015, and 22807642026 into U.S. Bank account xxxxxxx1297, maintained in the name A.H. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000.

16. As a result of this scheme and artifice, U.S. Bank suffered actual losses of approximately $8,663.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 3

The Grand Jury further charges:

17. The allegations contained in paragraphs 1 through 8, above, are hereby incorporated as if specifically re-written herein.

15

18. Between in or around March 2015, and continuing until in or around April 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendants, CLINTON GAYNOR and MICHAEL BAKER, knowingly executed, attempted to execute, and knowingly aided and abetted the execution and attempted execution of a scheme and artifice to defraud Citizen's Bank, a federally insured-financial institution, and to obtain money, funds, credits, assets or other property under the custody and control of the said institution by means of false and fraudulent pretenses, representations and promises.

19. In furtherance of the scheme and artifice to defraud Citizen's Bank, defendants, CLINTON GAYNOR and MICHAEL BAKER, and others acting at their direction, did the following:

    a. Between on or about March 26, 2015, and on or about April 2, 2015, at various locations within the Northern District of Ohio, Eastern Division, GAYNOR and BAKER deposited and caused the deposit of six U.S. Postal Money Orders bearing numbers 22622167078, 22622167080, 22622167067, 22459031831, 22459031820, and 22459031842 into Citizen's Bank account xxxxxxx8904, maintained in the name M.J. (an individual whose identity is known to the Grand Jury). Each of the U.S. Postal Money Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000. On or about March 27, 2015, approximately $3,000 was withdrawn from said account in the form of one or more counter withdrawals.

20. As a result of this scheme and artifice, Citizen's Bank suffered actual losses of approximately $3,000.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 4

The Grand Jury further charges:

21. The allegations contained in paragraphs 1 through 8, above, are hereby incorporated as if specifically re-written herein.

22. In or around February 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendants, CLINTON GAYNOR, and MICHAEL BAKER, knowingly executed, attempted to execute, and knowingly aided and abetted the execution and attempted execution of a scheme and artifice to defraud First Merit Bank, a federally insured-financial institution, and to obtain money, funds, credits, assets or other property under the custody and control of the said institution by means of false and fraudulent pretenses, representations and promises.

23. In furtherance of the scheme and artifice to defraud First Merit Bank, defendants, CLINTON GAYNOR and MICHAEL BAKER, and others acting at their direction did the following:

    a. On or about February 10, 2015, BAKER and GAYNOR recruited D.R. (an individual whose identity is known to the Grand Jury) to open an account at First Merit Bank for the purpose of depositing fraudulently altered U.S. Postal Money Orders. BAKER and GAYNOR provided D.R. with $100 in cash which D.R. used for the opening deposit into account xxxxxxxx8807.

    b. On or about February 26, 2015, at various locations within the Northern District of Ohio, Eastern Division, BAKER and GAYNOR deposited and caused the deposit of three U.S. Postal Money Orders bearing numbers 22536907841, 22535108954, and 22535108987 into First Merit Bank bank account xxxxxx8807, maintained in the name D.R. Each of the U.S. Postal Money

Case: 1:15-cr-00294-DCN Doc #: 3 Filed: 05/14/15 18 of 18. PageID #: 66

Orders, purchased with $1.00 face values, was fraudulently altered to reflect a face value of $1,000.

24. As a result of this scheme and artifice, the intended loss to First Merit Bank was approximately $3,000.

All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.